# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office

# MOOMIN

**Reg. No. 4,516,745**

**Registered Apr. 22, 2014**

**Int. Cls.: 9, 14, 16, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOOMIN CHARACTERS OY, LTD. (FINLAND LIMITED COMPANY (LTD.))
SALMISAARENRANTA 7M
00180 HELSINKI, FINLAND

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; PRE-RECORDED MUSICAL RECORDS, CASSETTES, AND COMPACT DISCS, PRE-RECORDED VIDEO COMPACT DISCS, MAGNETIC DATA CARRIERS AND RECORDING DISCS FEATURING MOTION PICTURES AND CARTOONS; COMPUTER GAMES RECORDED ON DATA CARRIERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PHOTOGRAPHS; STATIONERY; POSTERS, POSTCARDS, GREETING CARDS, STICKERS, PAPER BAGS, PHOTOGRAPH ALBUMS, DIARIES, AGENDAS, SKETCH BOOKS, SCRAP-BOOKS, TABLE NAPKINS OF PAPER; BOOKS CONTAINING FICTIONAL STORIES; MAGAZINES CONTAINING FICTIONAL STORIES; MAGAZINES CONTAINING CARTOONS; PENS, CLIPBOARDS, PENCIL HOLDERS, PENCIL BAGS, ERASERS, WRITING PAPER, ENVELOPES, NOTEPADS, GIFT TAGS, FOLDERS, EXERCISE BOOKS, ADHESIVE TAPE DISPENSERS, RING BINDERS, PENCIL SHARPENERS, PAINT BRUSHES; ADHESIVES FOR HOUSEHOLD PURPOSES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, PANTS, COATS, DRESSES, FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOYS, NAMELY, TOY ACTION FIGURES, TOY VEHICLES, TOY MASKS, DOLL-HOUSES, PUPPETS, PLUSH TOYS, KITES, JIGSAW PUZZLES, FLYING DISCS, BUILDING BLOCKS; GAMES, NAMELY, PARLOR GAMES, BOARD GAMES, CARD GAMES AND TOSS GAMES, BALLOONS, WHISTLES, DOLLS, MARBLES, MINIATURE CARS; SPORTING APPARATUS, NAMELY, BATS, RACKETS, BALLS FOR GAMES, BOB-SLEIGHS; TOY MUSICAL INSTRUMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF EUROPEAN UNION REG. NO. 009640384, DATED 7-12-2012, EXPIRES 1-5-2021.

*Michelle K. Lee*

**Deputy Director of the United States Patent and Trademark Office**

**Reg. No. 4,516,745** OWNER OF EUROPEAN UNION REG. NO. 010070671, DATED 10-26-2011, EXPIRES 6-23-2021.

THE WORDING "MOOMIN" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 77-948,498, FILED 3-2-2010.

HENRY S. ZAK, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MOOMIN

**Reg. No. 5,080,020**

**Registered Nov. 15, 2016**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**

Moomin Characters Oy Ltd (FINLAND LIMITED LIABILITY COMPANY)
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations and other substances for laundry use, namely, essential oils as perfume for laundry purposes, laundry soap, laundry detergents; Cleaning, polishing, scouring and abrasive preparations; soaps for personal use; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; deodorants for human beings; Conditioning preparations for the hair; Coloring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic preparations for bath and shower; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; food for babies; Dietary supplements for humans and animals; medical plasters and materials for dressings; Babies' diapers; Babies' diaper-pants; Air deodorizing preparations; first aid kits; absorbent wadding for dressings; hygienic lubricants being personal lubricants

CLASS 6: Key rings of common metal; Statuettes of common metal; Non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; Cutlery; side arms, not including firearms, namely, swords; Razors; Table cutlery knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening and surface treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; Disposable cutlery

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, tablet computers, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; apparatus for recording,



**Michelle K. Lee**

Director of the United States
Patent and Trademark Office

transmission or reproduction of sound or images; pre-recorded magnetic data carriers featuring motion picture, animated films, computer games and animated characters; pre-recorded recording disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; reflecting discs for wear, for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; Games software; pre-recorded CDs and DVDs featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons, cinematographic films and animated characters and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic book readers; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; computer memory hardware, namely, blank USB cards and flash drives; cinematographic films featuring animated characters and animated cartoon; Cd and DVD holders and storage wallets; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers and tablets

CLASS 10: Feeding bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; Pocket torches, electric; portable paper lanterns; protective covers for lighting; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; Pushchairs; Covers for baby carriages and pushchairs; Human-powered trolleys and carts; Pushchairs hoods; bicycles and tricycles and structural parts therefore; Safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; jewelry chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; Rings jewellery; Bracelet jewellery; Lapel pins jewellery; Broaches jewelry; Trinkets jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; Ornaments jewelry; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper and cardboard; printed matter, namely, stationery; Bookbinding material; Photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels, pencils and pens; Paint brushes; typewriters and office requisites in the nature of staplers, paper clips, pens, penholders, folders, paper punch, pencil sharpeners; printed instructional and teaching material in the fields of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; plastic materials, namely, plastic bags for merchandise packaging; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; labels made of paper or cardboard; Scrapbooks, photographic albums; stick-on whiteboards and dry-erase albums; fiction books, children's books, books in the nature of novels, short stories; notebooks, story books, activity books, comic strips, coloring books, children's activity books; Comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; Calendars; Parchment paper; disposable wipes not impregnated with chemicals or

compounds; Tissues of paper; Table napkins of paper; Paper table linens; placemats and coasters made from cardboard; school supplies, namely, stationery, pens, penholders; ungraduated and drafting rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, marker and ink, paper; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; postage stamps; paper flags; Signboards of paper or cardboard; gift bags, gift boxes, gift wraps and gift wrap paper; Stickers stationery; party decorations and ornaments made of paper or card board; printed periodicals in the field of animation, comic strips; printed publications in the field of animated characters; Newspapers; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Color pencil sets; Document portfolios; Folders stationery; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; All purpose carrying bags, wallets, handbags, rucksacks, and baby carriers worn on the body; Belt bags and hip bags; cosmetic bags sold empty; canvas shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; Beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; bulletin boards; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; portable beds for pets

CLASS 21: Household or kitchen containers; household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts; combs and bath sponges, cleaning sponges; hair brushes; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; Pots, pans, baking dishes; serving trays, namely, cabarets; Plates, basins bowls; Beverage glassware; Dishes for cooking, not of metal; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes sold empty, make-up removing appliances, bottles for cosmetics sold empty, soap dispensers; Coupes and vases; gardening articles, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: Textile tablecloths; Bed covers; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely, bed sheets, duvet cover, pillowcase; textile wall hangings, namely, cloth posters; Wall hangings of textile

CLASS 25: Clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, shorts, coats, jackets, raincoats, belts; footwear; headgear, namely, knitted hats, caps, hats, beanies; Garters; Ties; Scarves and bandanas; Socks and tights; Knitted caps, caps with visors; Gloves, mittens; outer clothing, namely, outer jackets, outer pants, outer overalls; Coats; Overalls; Boots; Slippers; Blousons, shirts, pants, skirts, shorts, jackets; Pyjamas; clothing for children, namely, baby gowns, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; Underwear, pants, brassieres; Bath robes, dressing gowns; Aprons clothing; Masquerade costumes; Swimming costumes; costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; Buttons, hooks and eyes, sewing pins and needles; Artificial flowers; Barrettes hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; lace trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; non-textile wall hanging; Wallpaper; Sitting mats of fabric

CLASS 28: Games and playthings, namely, board games and puppet theatres; gymnastic and sporting articles not included in other classes, namely, gymnastic apparatus; Decorations for Christmas trees; toys, namely, plush toys, baby rattles incorporating teething rings, toys designed to be attached to strollers, activity gyms for infants and toddlers, cube-type puzzles, soft bowling sets, and play figurines; water toys; wooden toys, namely, figurines, cubics; toys made of plastic, namely, figurines, sand toys, boats, guitars, maracas, flutes, xylophones, harmonicas; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rods and hand-held fishing nets; Balloons; Jigsaw puzzles; Dolls; assemble toys, namely, three-dimensional modular pieces for assembly to resemble miniature terrain; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, spring riders; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games being nine man's morris sets; Toy action figurines; apparatus for games, namely, balls, bats; Inflatable swimming pools for recreational use toys; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adapted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game, not live; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; Milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely, biscuits, cakes, cereal bars, cereal based snack food; Bread, pastry, and confectioneries, namely, pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products, namely, chocolate bars, cakes, candies, confections, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; Hot breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and nonalcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising; Business management; Business administration; providing office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line non-downloadable electronic magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production and development cinematographic films, animations video and film, animated video cartoons and of television programs; special event planning for social entertainment purposes; publication of books,

magazines and book publishing; Production of music; Production of plays; Provision of on-line computer games; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games; Online library services

CLASS 43: Services for providing food and drink; providing temporary accommodation; Cafeterias; Restaurant services; Hotel services

CLASS 45: Legal services; licensing of intellectual property

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1270967 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-175,155, FILED 12-10-2014
WILLIAM D JACKSON, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MOOMINVALLEY

**Reg. No. 5,510,559**

**Registered Jul. 10, 2018**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Moomin Characters Oy Ltd  (FINLAND Osakeyhtiö )
Salmisaarenranta 7 M
Fi-00180 Helsinki
FINLAND

CLASS 9: cinematographic films featuring children's entertainment and animated characters, animated motion picture films featuring children's entertainment and animated characters; prerecorded DVD's featuring animated cartoons and animated cartoon series; downloadable films featuring cartoons, animated motion pictures and animated series; downloadable publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; prerecorded DVDs featuring cartoons, films, animated motion pictures and animated series; prerecorded digital media featuring cartoons, films, animated motion pictures and animated series; apparatus for recording, transmission or reproduction of sound or images; computer software, namely, educational software for children; games software; computer game programs

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

PRIORITY DATE OF 09-04-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1382133 DATED 09-04-2017, EXPIRES 09-04-2027

SER. NO. 79-223,914, FILED 09-04-2017

Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

# LITTLE MY

**Reg. No. 5,158,342**

**Registered Mar. 14, 2017**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**

Moomin Characters Oy Ltd (FINLAND LIMITED LIABILITY COMPANY)
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations for laundry use; essential oils as perfume for laundry purposes; laundry soap; laundry detergents; Cleaning, polishing, scouring and abrasive preparations; Soaps; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; Deodorants for personal use; Conditioning preparations for the hair; Colouring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic bath preparations; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, dermatological pharmaceutical products, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements and pain relief medication; veterinary preparations, namely, pain relief medication and vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; Dietary supplements for humans and animals; Medical plasters; Babies' diapers; Babies' diaper-pants; Air deodorising preparations; first aid kits comprising filled first aid boxes; materials for stopping dressings, namely, wadding for dressings; hygienic lubricants being personal lubricants

CLASS 6: Chains and rings of common metal; statuettes of common metal; non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery, namely, forks, spoons and knives; side arms, not including firearms, namely, swords; Razors; table cutlery, namely, knives, forks and spoons; sterling silver table knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, spatulas, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening and surface treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; compostable and biodegradable cutlery, namely, knives, spoons, forks

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, tablets, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

saving rafts; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; blank magnetic data carriers; pre-recorded recording disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; Reflecting discs for wear, for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; computer games software; blank Cds and DVDs; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons and cinematographic films and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic reading devices for reading, encoding and programming transponder keys; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; Blank USB cards and flash drives; cinematographic films and animated films featuring animated characters; cd and dvd holders and storage wallets in the nature of sleeves; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers and tablets

CLASS 10: Feeding bottles in the nature of baby bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; electric pocket torches; portable paper lanterns being chochin; Guard devices for lighting; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; pushchairs; covers for baby carriages and pushchairs; human-powered trolleys and carts; pushchair hoods; cycles, bicycles and tricycles; structural parts and fittings for cycles, bicycles and tricycles; safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; Chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; rings being jewelry; bracelets being jewelry; lapel pins being jewelry; broaches being jewelry; trinkets in the nature of jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; jewelry ornaments; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper and cardboard; printed matter, namely stationery; Bookbinding material; printed photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels; Paint brushes; typewriters and office requisites in the nature of staplers, paper clips, pens, penholders, folders, paper punch, sharpener, except furniture; printed instructional and teaching material except apparatus in the fields of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; plastic materials namely films for use as wrapping and packaging material for general use; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; Dockets made of paper or cardboard; Scrapbooks, photographic albums; Whiteboards having magnetic properties; books in the field of fiction, notebooks, story books, activity books, comic strips, colouring books, children's books; Comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; Calendars; Parchment paper;

paper wipes being disposable wipes and not impregnated with chemicals or compounds; Tissues of paper; Table napkins of paper; Paper table linens; mats being coasters of cardboard; school supplies namely stationery, pens, penholders; Rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials namely writing chalk, marker and ink; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; Stamps; flags of paper; Signboards of paper or cardboard; paper gift packaging and gift wraps; stickers; party decorations and ornaments made of paper or card board; printed periodicals in the nature of comic strips; printed publications namely newspapers; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Colour pencil sets; Document portfolios; stationery folders; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; wipe-on wipe-off boards in the nature of dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; Casual bags, bags, rucksacks and other carriers in the nature of baby carriers worn on the body; Wallets; Belt bags and hip bags; cosmetic purses in the nature of cosmetic bags sold empty; Shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture; furniture primarily of metal, namely, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; Boards in the nature of furniture; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; baskets for domestic use; animal housing and beds in the nature of portable beds for pets

CLASS 21: Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts and containers for household use; Combs and sponges; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths, cleaning sponges; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; cookware, namely, pots, pans, oven dishes; serving trays, namely, cabarets; plates, basins being bowls; Beverage glassware; Dishes tor cooking, not of metal; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes, make-up removing appliances, bottles for cosmetics, soap dispensers; Coupes and vases; gardening articles, except garden tools, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: textile tablecloths; Bed covers; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely, under sheets, duvet covers, pillowcases; textile wall hangings namely, cloth posters; Wall hangings of textile

CLASS 26: Lace and embroidery, ribbons and braid; Buttons; hooks and eyes; sewing pins and needles; Artificial flowers; barrettes, namely hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; lace trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; wall hanging being non-textile; Wallpaper; floor mats of fabric for sitting

CLASS 28: Games and playthings, namely, board games and, namely, puppet theatres; gymnastic and sporting articles not included in other classes namely, gymnastic apparatus; Decorations for Christmas trees; Toys, stuffed toys, water toys, wooden toys, toys made of plastics; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held

units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rod, net; Balloons; Jigsaw puzzles; Dolls; assemble toys namely, three-dimensional modular pieces for assembly to resemble miniature terrain; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games being nine man's morris sets; Toy action figurines; Novelty items in the nature of practical jokes; apparatus for games, namely, balls, bats; inflatable swimming pools for recreational use; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game, not live; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely biscuits, cakes, cereal bars, cereal based snack food; bread, pastry, and confectioneries, namely pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products namely chocolate bars, cakes, candies, confections, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; hot ready-to-eat breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising services; Business management; business administration services; providing office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line electronic publications, not downloadable in the nature of magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production and development cinematographic films, animations video and film, animated video cartoons and of television programs; Organizing parties and social entertainment events; publication of books, magazines and book publishing; Production of music; Production of plays; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games, computer games; online academic library services

CLASS 43: Providing of food and drink; providing temporary accommodation; Cafeterias; Restaurant services; Hotel services

CLASS 45: Legal services; licensing of intellectual property

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY

PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1270154 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,796, FILED 12-10-2014
KIMBERLY B PERRY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,523,736**

**Registered May 6, 2014**

**Int. Cls.: 9, 14, 16, 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MOOMIN CHARACTERS OY, LTD. (FINLAND LIMITED COMPANY (LTD.))
SALMISAARENRANTA 7M
00180 HELSINKI, FINLAND

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; PRE-RECORDED MUSICAL RECORDS, CASSETTES, AND COMPACT DISCS, PRE-RECORDED VIDEO COMPACT DISCS, MAGNETIC DATA CARRIERS AND RECORDING DISCS FEATURING MOTION PICTURES AND CARTOONS; COMPUTER GAMES RECORDED ON DATA CARRIERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: JEWELLERY, PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PHOTOGRAPHS; STATIONERY; POSTERS, POSTCARDS, GREETING CARDS, STICKERS, PAPER BAGS, PHOTOGRAPH ALBUMS, DIARIES, AGENDAS, SKETCH BOOKS, SCRAP-BOOKS, TABLE NAPKINS OF PAPER; BOOKS CONTAINING FICTIONAL STORIES; MAGAZINES CONTAINING FICTIONAL STORIES; MAGAZINES CONTAINING CARTOONS; PENS, CLIPBOARDS, PENCIL HOLDERS, PENCIL BAGS, ERASERS, WRITING PAPER, ENVELOPES, NOTEPADS, GIFT TAGS, FOLDERS, EXERCISE BOOKS, ADHESIVE TAPE DISPENSERS, RING BINDERS, PENCIL SHARPENERS, PAINT BRUSHES; ADHESIVES FOR HOUSEHOLD PURPOSES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING, NAMELY, SHIRTS, PANTS, COATS, DRESSES, FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: TOYS, NAMELY, TOY ACTION FIGURES, TOY VEHICLES, TOY MASKS, DOLL-HOUSES, PUPPETS, PLUSH TOYS, KITES, JIGSAW PUZZLES, FLYING DISCS, BUILDING BLOCKS; GAMES, NAMELY, PARLOR GAMES, BOARD GAMES, CARD GAMES AND TOSS GAMES, BALLOONS, WHISTLES, DOLLS, MARBLES, MINIATURE CARS; SPORTING APPARATUS, NAMELY, BATS, RACKETS, BALLS FOR GAMES, BOB-SLEIGHS; TOY MUSICAL INSTRUMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF EUROPEAN UNION REG. NO. 007036791, DATED 3-13-2009, EXPIRES 7-4-2018.

THE MARK CONSISTS OF A PICTURE OF A WHITE AND ROUNDISH STYLIZED TROLL WITH A LARGE SNOUT, RESEMBLING A HIPPOPOTAMUS.



**Deputy Director of the United States**
**Patent and Trademark Office**

**Reg. No. 4,523,736** SER. NO. 77-948,504, FILED 3-2-2010.

HENRY S. ZAK, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,056,717**

**Registered Oct. 11, 2016**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**



Michelle K. Lee

Director of the United States
Patent and Trademark Office

Moomin Characters Oy Ltd (FINLAND LIMITED LIABILITY COMPANY)
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations for laundry use; essential oils as perfume for laundry purposes; laundry soap; laundry detergents; Cleaning, polishing, scouring and abrasive preparations; Soaps; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; Deodorants for personal use; Conditioning preparations for the hair; Colouring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic bath preparations; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, dermatological pharmaceutical products, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements and pain relief medication; veterinary preparations, namely, pain relief medication and vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; Dietary supplements for humans and animals; Medical plasters, materials for dressings, namely, waddings for dressings; Babies' diapers; Babies' diaper-pants; Air deodorising preparations; first aid kits comprising filled first aid boxes; hygienic lubricants being personal lubricants

CLASS 6: Chains and rings of common metal; statuettes of common metal; non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery, namely, forks, spoons and knives; side arms, not including firearms, namely, swords; Razors; table cutlery, namely, knives, forks and spoons; sterling silver table knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws cutting, drilling, grinding, sharpening and surface

treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; compostable and biodegradable cutlery, namely, knives, spoons, forks

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; blank magnetic data carriers; pre-recorded optical disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; Reflecting discs for wear, for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras computer games software; blank CDs and DVDs; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons and cinematographic films and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic reading devices for reading, encoding and programming transponder keys; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; blank USB cards and flash drives; cinematographic films and animated films featuring animated characters; cd and dvd holders and storage wallets in the nature of sleeves; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers and tablets

CLASS 10: Feeding bottles in the nature of baby bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; electric pocket torches; portable paper lanterns being chochin; Guard devices for lighting; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; pushchairs; covers for baby carriages and pushchairs; human-powered trolleys and carts; pushchair hoods; cycles, bicycles and tricycles; structural parts and fittings for cycles, bicycles and tricycles; safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; Chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; rings being jewelry; bracelets being jewelry; lapel pins being jewelry; broaches being jewelry; trinkets in the nature of jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; jewelry ornaments; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper and cardboard; printed matter, namely, stationery; Bookbinding material; printed photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels; Paint brushes; typewriters and office requisites in the nature of

staplers, paper clips, pens, penholders, folders, paper punch, pencil sharpener, except furniture; plastic materials, namely, films for use as wrapping and packaging material for general use; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; Dockets made of paper or cardboard; Scrapbooks, photographic albums; White boards having magnetic properties; books in the field of fiction, notebooks, story books, activity books, comic strips, colouring books, children's books; Comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; Calendars; Parchment paper; paper wipes being disposable wipes and not impregnated with chemicals or compounds; Tissues of paper; Table napkins of paper; Paper table linens; mats being coasters of cardboard; school supplies, namely, stationery, pens, penholders; Rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, marker and ink; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; Stamps; flags of paper; Signboards of paper or cardboard; paper gift packaging and gift wraps; stickers; party decorations and ornaments made of paper or card board; printed periodicals in the nature of comic strips; printed publications, namely, newspapers; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Colour pencil sets; Document portfolios; stationery folders; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; wipe-on wipe-off boards in the nature of dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; Casual bags, bags, rucksacks and other carriers in the nature of baby carriers worn on the body; Wallets; Belt bags and hip bags; cosmetic purses in the nature of cosmetic bags sold empty; Shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture; furniture primarily of metal, namely, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; Boards in the nature of furniture; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; animal housing and beds in the nature of portable beds for pets

CLASS 21: Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts and containers for household use; Combs and sponges; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths, cleaning sponges; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; cookware, namely, pots, pans, oven dishes; serving trays, namely, cabarets; plates, basins being bowls; Beverage glassware; Dishes tor cooking, not of metal; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes sold empty, electric make-up removing appliances, bottles for cosmetics sold empty, soap dispensers; Coupes and vases; gardening articles, except garden tools, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: textile tablecloths; Bed covers; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely, under sheets, duvet covers, pillowcases; textile wall hangings namely, cloth posters; Wall hangings of textile

CLASS 25: Clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, belts, shorts, coats, jackets, raincoats; footwear; headgear, namely, knitted hats, caps, hats, beanies; Ties; Scarves and bandanas; Socks and tights; Knitted caps, headgear in the nature of caps with visors; Gloves, mittens; outer clothing, namely outer jackets, outer pants,

outer overalls; Coats; Overalls; Boots; Slippers; Blousons, shirts, pants, skirts, shorts, jackets; Pyjamas; clothing for children, namely baby gowns, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; Underwear, pants, brassieres; Bath robes, dressing gowns; aprons being clothing; Masquerade costumes; Swimming costumes; fancy dress outfits being children's costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; Buttons; hooks and eyes; sewing pins and needles; Artificial flowers; barrettes, namely hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; lace trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; wall hanging being non-textile; Wallpaper; floor mats of fabric for sitting

CLASS 28: Games and playthings, namely, board games and, namely, puppet theatres; gymnastic and sporting articles not included in other classes namely, gymnastic apparatus; Decorations for Christmas trees; Toys, namely, stuffed toys, water toys, wooden toys, namely, toy building blocks, toys made of plastic, namely, plastic toy figurines; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rod, net; Balloons; Jigsaw puzzles; Dolls; assemble toys namely, three-dimensional modular pieces for assembly to resemble miniature terrain; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games being nine man's morris sets; Toy action figurines; apparatus for games, namely, balls, bats; inflatable swimming pools for recreational use; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game, not live; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely, biscuits, cakes, cereal bars, cereal based snack food; bread, pastry, and confectioneries, namely, pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products, namely, chocolate bars, cakes, candies, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; hot ready-to-eat breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising services; Business management; business administration services; providing office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line electronic publications, not downloadable in the nature of magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production of cinematographic films, animations video and film, animated video cartoons and of television programs; Organizing parties and events; publication of books, magazines and book publishing; Production of music; Production of plays; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games, computer games; online academic library services

CLASS 43: Providing of food and drink; providing temporary accommodation; Cafeterias; Restaurant services; Hotel services

CLASS 45: Legal services; licensing of intellectual property

The mark consists of a white and roundish stylized troll with a large snout, resembling a hippopotamus, looking back over its left shoulder.

OWNER OF INTERNATIONAL REGISTRATION 1270155 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,797, FILED 12-10-2014
KIMBERLY B PERRY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,056,718**

**Registered Oct. 11, 2016**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**



Michelle K. Lee

Director of the United States
Patent and Trademark Office

Moomin Characters Oy Ltd (FINLAND Limited liability company )
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations for laundry use; essential oils as perfume for laundry purposes; laundry soap; laundry detergents; Cleaning, polishing, scouring and abrasive preparations; Soaps; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; Deodorants for personal use; Conditioning preparations for the hair; Colouring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic bath preparations; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, dermatological pharmaceutical products, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements and pain relief medication; veterinary preparations, namely, pain relief medication and vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; Dietary supplements for humans and animals; Medical plasters, materials for dressings, namely, wadding for dressings; Babies' diapers; Babies' diaper-pants; Air deodorising preparations; first aid kits comprising filled first aid boxes; hygienic lubricants being personal lubricants

CLASS 6: Chains and rings of common metal; statuettes of common metal; non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery, namely, forks, spoons and knives; side arms, not including firearms, namely, swords; Razors; table cutlery, namely, knives, forks and spoons; sterling silver table knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, spatulas, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening

and surface treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; compostable and biodegradable cutlery, namely, knives, spoons, forks

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, tablets, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; blank magnetic data carriers; pre-recorded recording disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; Reflecting discs for wear for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; computer games software; blank Cds and DVDs; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons and cinematographic films and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic reading devices for reading, encoding and programming transponder keys; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; Blank USB cards and flash drives; cinematographic films and animated films featuring animated characters; cd and dvd holders and storage wallets in the nature of sleeves; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers and tablets

CLASS 10: Feeding bottles in the nature of baby bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; electric pocket torches; portable paper lanterns being chochin; Guard devices for lighting; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; pushchairs; covers for baby carriages and pushchairs; human-powered trolleys and carts; push chair hoods; cycles, bicycles and tricycles; structural parts and fittings for cycles, bicycles and tricycles; safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; Chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; rings being jewelry; bracelets being jewelry; lapel pins being jewelry; broaches being jewelry; trinkets in the nature of jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; jewelry ornaments; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper and cardboard; printed matter, namely, stationery; Bookbinding material; printed photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels; Paint brushes; typewriters and office requisites in the nature of

staplers, paper clips, pens, penholders, folders, paper punch, sharpener, except furniture; printed instructional and teaching material except apparatus in the fields of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; plastic materials, namely, films for use as wrapping and packaging material for general use; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; Dockets made of paper or cardboard; Scrapbooks, photographic albums; Whiteboards having magnetic properties; books in the field of fiction, notebooks, story books, activity books, comic strips, colouring books, children's books; Comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; Calendars; Parchment paper; paper wipes being disposable wipes and not impregnated with chemicals or compounds; Tissues of paper; Table napkins of paper; Paper table linens; mats being coasters of cardboard; school supplies, namely, stationery, pens, penholders; Rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, marker and ink; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; Stamps; flags of paper; Signboards of paper or cardboard; paper gift packaging and gift wraps; stickers; party decorations and ornaments made of paper or card board; printed periodicals in the nature of comic strips; printed publications, namely, newspapers; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Colour pencil sets; Document portfolios; stationery folders; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; wipe-on wipe-off boards in the nature of dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; Casual bags, bags, rucksacks and other carriers in the nature of baby carriers worn on the body; Wallets; Belt bags and hip bags; cosmetic purses in the nature of cosmetic bags sold empty; Shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture; furniture primarily of metal, namely, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; Boards in the nature of furniture; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; animal housing and beds in the nature of portable beds for pets

CLASS 21: Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts and containers for household use; Combs and sponges; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths, cleaning sponges; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; cookware, namely, pots, pans, oven dishes; serving trays, namely, cabarets; plates, basins being bowls; Beverage glassware; Dishes tor cooking, not of metal; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes, make-up removing appliances, bottles for cosmetics, soap dispensers; Coupes and vases; gardening articles, except garden tools, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: Textile tablecloths; Bed covers; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely, under sheets, duvet covers, pillowcases; textile wall hangings, namely, cloth posters; Wall hangings of textile

CLASS 25: Clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, belts, shorts, coats, jackets, raincoats; footwear; headgear, namely, knitted hats, caps,

hats, beanies; Ties; Scarves and bandanas; Socks and tights; Knitted caps, headgear in the nature of caps outer with visors; Gloves, mittens; outer clothing, namely, outer jackets, outer pants, outer overalls; Coats; Overalls; Boots; Slippers; Blousons, shirts, pants, skirts, shorts, jackets; Pyjamas; clothing for children, namely, baby gowns, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; Underwear, pants, brassieres; Bath robes, dressing gowns; aprons being clothing; Masquerade costumes; Swimming costumes; fancy dress outfits being children's costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; Buttons; hooks and eyes; sewing pins and needles; Artificial flowers; barrettes, namely, hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; lace trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; wall hanging being non-textile; Wallpaper; floor mats of fabric for sitting

CLASS 28: Games and playthings, namely, board games and, namely, puppet theatres; gymnastic and sporting articles not included in other classes, namely, gymnastic apparatus; Decorations for Christmas trees; Toys, stuffed toys, water toys, wooden toys, toys made of plastics; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rod, net; Balloons; Jigsaw puzzles; Dolls; assemble toys, namely, three-dimensional modular pieces for assembly to resemble miniature terrain; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games being nine man's morris sets; Toy action figurines; Novelty items in the nature of practical jokes; apparatus for games, namely, balls, bats; inflatable swimming pools for recreational use; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game, not live; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely, biscuits, cakes, cereal bars, cereal based snack food; bread, pastry, and confectioneries, namely, pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products, namely, chocolate bars, cakes, candies, confections, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; hot ready-to-eat breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising services; Business management; business administration services; providing office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering

business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line electronic publications, not downloadable in the nature of magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production and development cinematographic films, animations video and film, animated video cartoons and of television programs; Organizing parties and events; publication of books, magazines and book publishing; Production of music; Production of plays; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games, computer games; online academic library services

CLASS 43: Providing of food and drink; providing temporary accommodation; Cafeterias; Restaurant services; Hotel services

CLASS 45: Legal services; licensing of intellectual property

The mark consists of a frowning girl in a dress and bowtie.

OWNER OF INTERNATIONAL REGISTRATION 1270157 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,799, FILED 12-10-2014
KIMBERLY B PERRY, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,066,370**

**Registered Oct. 25, 2016**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Moomin Characters Oy Ltd (FINLAND Limited liability company )
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations for laundry use; essential oils as perfume for laundry purposes; laundry soap; laundry detergents; Cleaning, polishing, scouring and abrasive preparations; Soaps; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; Deodorants for personal use; Conditioning preparations for the hair; Coloring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic bath preparations; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, dermatological pharmaceutical products, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements and pain relief medication; veterinary preparations, namely, pain relief medication and vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; Dietary supplements for humans and animals; Medical plasters:, materials for dressings, namely, wadding for dressings; Babies' diapers; Babies' diaper-pants; Air deodorizing preparations; first aid kits comprising filled first aid boxes; hygienic lubricants being personal lubricants

CLASS 6: Chains and rings of common metal; statuettes of common metal; non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery, namely, forks, spoons and knives; side arms, not including firearms, namely, swords; Razors; table cutlery, namely, knives, forks and spoons; sterling silver table knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening and surface

treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; compostable and biodegradable cutlery, namely, knives, spoons, forks

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; pre-recorded optical disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; Reflecting discs for wear, for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; computer games software; blank Cds and DVDs; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons and cinematographic films and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films featuring animated characters and video disks, video tapes and DVDs with recorded animated cartoon; electronic reading devices for reading, encoding and programming transponder keys; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; Blank USB cards and flash drives; cinematographic films and animated films featuring animated characters; cd and dvd holders and storage wallets in the nature of sleeves; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers and tablets

CLASS 10: Feeding bottles in the nature of baby bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; electric pocket torches; portable paper lanterns being chochin; Guard devices for lighting; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; pushchairs; covers for baby carriages and pushchairs; human-powered trolleys and carts; pushchair hoods; cycles, bicycles and tricycles; parts and fittings for cycles, bicycles and tricycles; safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; Chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; rings being jewelry; bracelets being jewelry; lapel pins being jewelry; broaches being jewelry; trinkets in the nature of jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; jewelry ornaments; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper, cardboard; printed matter, namely, stationery; Bookbinding material; printed photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint

paddles, painters' easels; Paint brushes; typewriters and office requisites in the nature of staplers, paper clips, pens, penholders, folders, paper punch, pencil sharpeners, except furniture; plastic materials, namely, films for use as wrapping and packaging material for general use; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; Dockets made of paper or cardboard; Scrapbooks, photographic albums; Whiteboards having magnetic properties; books in the field of fiction, notebooks, story books, activity books, comic strips, coloring books, children's books; Comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; Calendars; Parchment paper; paper wipes being disposable wipes and not impregnated with chemicals or compounds; Tissues of paper; Table napkins of paper; Paper table linens; mats being coasters of cardboard; school supplies, namely, stationery, pens, penholders; Rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, markers and ink pens; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; Stamps; flags of paper; Signboards of paper or cardboard; paper gift packaging and gift wraps; stickers; party decorations and ornaments made of paper or card board; printed periodicals in the nature of comic strips; printed publications, namely, newspapers; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Color pencil sets; Document portfolios; stationery folders; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; wipe-on wipe-off boards in the nature of dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; Casual bags, bags, rucksacks and other carriers in the nature of baby carriers worn on the body; Wallets; Belt bags and hip bags; cosmetic purses in the nature of cosmetic bags sold empty; Shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture; furniture primarily of metal, namely, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; Beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; Boards in the nature of furniture; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; animal housing and beds in the nature of portable beds for pets

CLASS 21: Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts and containers for household use; Combs and sponges; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths, cleaning sponges; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; cookware, namely, pots, pans, oven dishes; serving trays, namely, cabarets; plates, basins being bowls; Beverage glassware; Dishes tor cooking, not of metal; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes, sold empty; electric make-up removing appliances, bottles for cosmetics, sold empty; soap dispensers; Coupes and vases; gardening articles, except garden tools, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: Textile tablecloths; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, Bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely, under sheets, duvet covers, pillowcases; textile wall hangings, namely, cloth posters; Wall hangings of textile

CLASS 25: Footwear, headgear, namely, knitted hats, caps, hats, beanies, clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, belts, shorts, coats, jackets, raincoats; garters; Ties; Scarves and bandanas; Socks and tights; Knitted caps, headgear in the

nature of caps with visors; Gloves, mittens; outer clothing, namely, outer jackets, outer pants, outer overalls, padded pants; Coats; Overalls; Boots; Slippers; Blousons, shirts, pants, skirts, shorts, jackets; Pyjamas; clothing for children, namely, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, leggings, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; baby gowns being clothing for children; Underwear, pants, brassieres; Bath robes, dressing gowns; aprons being clothing; Masquerade costumes; Swimming costumes; fancy dress outfits being children's costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; Buttons; hooks and eyes; sewing pins and needles; Artificial flowers; barrettes, namely, hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; lace trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; wall hanging being non-textile; Wallpaper; floor mats of fabric for sitting

CLASS 28: Games and playthings, namely, board games and, namely, puppet theatres; gymnastic and sporting articles not included in other classes, namely, gymnastic apparatus; Decorations for Christmas trees; Toys, namely, stuffed toys, water toys, wooden toys, namely, wooden toy figurines, toys made of plastics; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rod, net; Balloons; Jigsaw puzzles; Dolls; assemble toys, namely, three-dimensional modular pieces for assembly to resemble miniature terrain; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games being nine man's morris sets; Toy action figurines; apparatus for games, namely, balls, bats; inflatable swimming pools for recreational use; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: meat, fish, poultry and game, not live; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; Milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely, biscuits, cakes, cereal bars, cereal based snack food; Bread, pastry, and confectioneries, namely, pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products, namely, chocolate bars, cakes, candies, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; hot ready-to-eat breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; Syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising services; Business management; business administration services; providing office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering

business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line electronic publications, not downloadable in the nature of magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production cinematographic films, animations video and film, animated video cartoons and of television programs; Organizing parties and social entertainment events; publication of books, magazines and book publishing; Production of music; Production of plays; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games, computer games; online academic library services

CLASS 43: Providing of food and drink; providing temporary accommodation; Cafeterias; Restaurant services; Hotel services

CLASS 45: Legal services; licensing of intellectual property

The mark consists of a white and roundish stylized troll with a large snout, resembling a resembling a hippopotamus, wearing a top hat and holding a cane.

OWNER OF INTERNATIONAL REGISTRATION 1270156 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,798, FILED 12-10-2014
KIMBERLY B PERRY, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,070,546**

**Registered Nov. 01, 2016**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Moomin Characters Oy Ltd (FINLAND LIMITED LIABILITY COMPANY)
Salmisaarenranta 7 M
FI-00180 Helsinki FINLAND

CLASS 3: Bleaching preparations and other substances for laundry use, namely, essential oils as perfume for laundry purposes, laundry soap, laundry detergents; Cleaning, polishing, scouring preparations; abrasive liquids and powders; Soaps for personal use; Perfumery, essential oils, cosmetics, hair lotions; Dentifrices, toothpastes; Shampoo, soaps, shower gels; deodorants for human beings; Conditioning preparations for the hair; Colouring lotions for the hair; Hair spray; Lip pomades; Lipstick; Lip gloss; Eyebrow pencils; Decorative transfer for cosmetic purposes; Bath salts; cosmetic preparations for bath and shower; Bath oil; Bath foam; Skin cleansers; Cosmetic skin creams; Skin and face creams and lotions; Cleansing milk for toilet purposes; Sun tan lotion; Cotton sticks for cosmetic purposes

CLASS 4: Candles, tealights, and wicks

CLASS 5: Pharmaceutical preparations, namely, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements; Sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; food for babies; Dietary supplements for humans and animals medical plasters and medical dressings; Babies' diapers; Babies' diaper-pants; Air deodorising preparations; first aid kits; absorbent wadding for dressings; hygienic lubricants being personal lubricants

CLASS 6: key rings of common metal; Statuettes of common metal; Non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery, namely, forks, spoons and knives; side arms, not including firearms, namely, swords; Razors; table cutlery, namely, knives, forks and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening and surface treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors;

disposable cutlery, namely, plastic forks, knives and spoons, compostable and biodegradable forks, knives and spoons

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signaling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smart phones, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts; Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, apparatus for recording, transmission or reproduction of sound or images; pre-recorded magnetic data carriers featuring motion picture, animated films, computer games and animated characters; pre-recorded optical disks featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; Calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; Spectacles, sunglasses; Cases for spectacles and sunglasses; reflecting discs for wear, for the prevention of traffic accidents; Bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; Games software; pre-recorded CDs and DVDs featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons, cinematographic films and animated characters and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic book readers; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; Life jackets; Decorative magnets; Mouse mats; blank USB cards and flash drives; cinematographic films featuring animated characters and animated cartoon; straps for electronic apparatus in the nature of computers, cell phones and cameras; Covers for mobile phones, portable computers; Magnetic labels

CLASS 10: Feeding bottles; pacifiers for babies; Thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; Ceiling lights; electric light bulbs; Lamp globes; Lamp shades; Lamps; lighting apparatus, namely, lighting installations; Pocket torches, electric; portable paper lanterns; protective covers for lighting fixtures; Pendants for chandeliers and other lighting fixtures; Lanterns for lighting

CLASS 12: Baby carriages; Pushchairs; Covers for baby carriages and pushchairs; Human-powered trolleys and carts; Pushchair hoods; Bicycles and tricycles; Bicycles and tricycles and structural parts therefore; Safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; Jewellery, precious stones; Horological and chronometric instruments; jewelry chains; Necklaces; gold thread jewelry; Pendants; Necklaces, earrings; Rings jewellery; Bracelet jewellery; Lapel pins jewellery; Broaches jewelry; Trinkets jewelry; Alarm clocks, wall clocks, watches; Cufflinks and tie clips; key rings, charms and fobs of precious metals; Ornaments jewelry; Decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: paper and cardboard; printed matter, namely, stationery; Bookbinding material; Photographs; Stationery; Adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels, pencils and pens; Paint brushes; Typewriters and office requisites in the nature of staplers, paper clips, pens, penholders, folders, paper punch, pencil sharpeners; printed instructional and teaching material in the fields of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; plastic materials, namely,

plastic bags for merchandise packaging; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; Cardboard boxes; Bags of paper; Envelopes; labels made of paper or cardboard; Scrapbooks, photographic albums; stick-on whiteboards and dry-erase boards; fiction books, children's books, books in the nature of novels, short stories; notebooks, story books, activity books, comic strips, colouring books, children's activity books; Comic magazines; greeting cards; Calendars; Parchment paper; disposable wipes not impregnated with chemicals or compounds; Tissues of paper; Table napkins of paper; Paper table linens; placemats and coasters made from cardboard; school supplies, namely, stationery, pens, penholders; ungraduated and drafting rulers; Desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, markers and ink pens, writing paper; Pencil cases and boxes; Rubber erasers; stationery pads, books; Postcards; Posters; Occasion cards; Bookends; Bookmarkers; Folders for papers; postage stamps; paper flags; Signboards of paper or cardboard; gift bags, gift boxes, gift wraps and gift wrap paper; Stickers stationery; party decorations and ornaments made of paper or card board; printed periodicals in the field of animation, comic strips; printed publications in the field of animated characters; Newspapers, periodicals; Pastel crayons; Pastes and glues for stationery and household purposes; Adhesive tapes and dispensers; Colour pencil sets; Document portfolios; Folders stationery; Stamp and coin albums; toilet paper and paper towel roll; Paper doilies; dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; Umbrellas and parasols; All purpose carrying bags, wallets, handbags, rucksacks, and baby carriers worn on the body; Belt bags and hip bags; cosmetic bags sold empty; canvas shopping bags; Satchels; Luggage tags; Straps for luggage and bags; Shoulder belts; Collars, leads and harnesses for pets

CLASS 20: Furniture, mirrors; Hand-held mirrors; Sculptures made from plastic; Tables and chairs; Bolsters; Mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; Cupboards and storage boxes made from wood; storage racks; Furniture for children; Beds; bedding in the nature of mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; bulletin boards; Clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; portable beds for pets

CLASS 21: household or kitchen containers; household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts; Combs; bath sponges, cleaning sponges; hair brushes; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths; Mugs; bottles and vacuum bottles sold empty; Statues of China or glass; disposable containers for household or kitchen use; Pots, pans, baking dishes; Cabarets trays; Plates, basins bowls; Beverage glassware; casseroles; Potholders; Candlesticks; Candle rings; glass storage jars, porcelain storage jars; Piggy banks; Works of art made of glass; Toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely, bathroom pails, cosmetic palettes sold empty, electric make-up removing appliances, bottles for cosmetics sold empty, soap dispensers; Coupes and vases; gardening articles, namely, watering cans, gardening gloves, flower pots; Works of art, of porcelain, terra-cotta or glass; Sculptures made from glass or porcelain

CLASS 24: textile tablecloths; Bed covers; Table covers; Blankets, sleeping bag liners; Curtains; Handkerchiefs of textile; Towels; Bed sheets, bed covers; Curtains of textile or plastic; Textile napkins; fabrics for textile use; Kitchen and table linens; Bath linen; linens, namely under sheet, duvet cover, pillowcase; textile wall hangings namely, cloth posters; Wall hangings of textile

CLASS 25: clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, shorts, coats, jackets, raincoats; footwear; headgear, namely, knitted hats, caps, hats, beanies; Belts clothing, garters; Ties; Scarves and bandanas; Socks and tights; Knitted caps, headgear, namely, caps with visors; Gloves, mittens; outer clothing, namely, outer jackets, outer pants, outer overalls; Coats; Overalls; Boots; Slippers; Blousons, shirts, pants, skirts, shorts, jackets; Pyjamas; clothing for children, namely, baby gowns, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; Underwear, pants, brassieres; Bath robes, dressing gowns; Aprons

clothing; Masquerade costumes; Swimming costumes; costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; Buttons, hooks and eyes, pins and needles; Artificial flowers; Barrettes hair-slides, hair pins, and hair ties; Hat pins; Button badges and pins; Trimmings for clothing; Shoe ornaments, not of precious metal; Brassards; Buttons; Belt buckles

CLASS 27: Carpets, rugs, mats, and matting, linoleum and other floor coverings for covering existing floors; non-textile wall hanging; Wallpaper; Sitting mats of fabric

CLASS 28: Games and playthings, namely, board games and puppet theatres; gymnastic and sporting articles, namely, gymnastic apparatus; Decorations for Christmas trees; toys, namely, plush toys, toys designed to be attached to a stroller, baby multiple activity toys, soft bowling sets comprised of soft pins and soft bowling balls, plastic toy figurines; water toys; wooden toys, namely, wooden toy figurines, toy building blocks; toys made of plastic, namely, plastic toy figurines, sand toys, toy boats, toy guitars, toy maracas, toy flutes, toy xylophones, toy harmonicas; Children's multiple activity toys; Bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; Hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely, fishing-rod, net; Balloons; Jigsaw puzzles; Dolls; playset buildings; playsets for dolls; fairground and playground apparatus, namely, climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; Playing cards; Festive decorations for Christmas tree; board games; Toy action figurines; apparatus for games, namely, balls, bats; Inflatable swimming pools for recreational use toys; Electric action toys; Skis, skates, ski boards; Flippers for swimming or swimming floats; video game apparatus, namely, video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game; Meat extracts; Preserved, frozen, dried and cooked fruits, vegetables and berries; Jellies, jams, compotes; Eggs; Milk and milk products excluding ice cream, ice milk and frozen yogurt; Edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; Rice; Tapioca and sago; flour and preparations made from cereals, namely, biscuits, cakes, cereal bars, cereal based snack food; Bread, pastry, namely, pastilles, chocolate, filled licorice, lollipops and frozen confectionery; Edible ices; Sugar, honey, treacle; Yeast, baking-powder; Salt; Mustard; Vinegar; sauces being condiments; Spices; Ice, ice cream; chocolate, chocolate products, namely, chocolate bars, cakes, candies, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; Bubble gum, gum sweets; Biscuits; Hot breakfast cereals

CLASS 32: Beers; Mineral and aerated waters and non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; Fruit beverages and fruit juices; Syrups and other preparations for making beverages, namely, fruit drinks; Lemonades; Flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising; Business management; Business administration; Office functions; Retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; Business administration of retail stores; Online advertising services; Customer loyalty services and customer club services for commercial, promotional and advertising purposes; Business administration of franchises, namely, offering business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services,

namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line non-downloadable electronic magazines and books in the field of animated cartoons, comic strips and computer games; multimedia entertainment services in the nature of production of cinematographic films, animations video and film, animated video cartoons and of television programs; special event planning for social entertainment purposes; publication of books, magazines and book publishing; Production of music; Production of plays; Provision of on-line computer games; Amusement and theme park services; Fan club services; provision of on-line entertainment in the nature of electronic games; Online library services

CLASS 43: Services for providing food and drink; temporary accommodation; cafeterias; restaurant services; hotel services

CLASS 45: Legal services; licensing of intellectual property

The mark consists of a picture of a white and roundish stylized troll with a large snout, wearing an apron and carrying a handbag, resembling a hippopotamus.

OWNER OF INTERNATIONAL REGISTRATION 1270548 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,977, FILED 12-10-2014
DORITT CARROLL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,126,194**

**Registered Jan. 24, 2017**

**Int. Cl.: 3, 4, 5, 6, 8, 9, 10, 11, 12, 14, 15, 16, 18, 20, 21, 24, 25, 26, 27, 28, 29, 30, 32, 34, 35, 41, 43, 45**

**Service Mark**

**Trademark**

**Principal Register**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

Moomin Characters Oy Ltd (FINLAND LIMITED LIABILITY COMPANY)
Salmisaarenranta 7 M
FI-00180 Helsinki
FINLAND

CLASS 3: Bleaching preparations for laundry use; essential oils as perfume for laundry purposes; laundry soap; laundry detergents; cleaning, polishing, scouring and abrasive preparations; soaps; perfumery, essential oils, cosmetics, hair lotions; dentifrices, toothpastes; shampoo, soaps, shower gels; deodorants; conditioning preparations for the hair; hair coloring preparations; hair spray; lip pomades; lipstick; lip gloss; eyebrow pencils; decorative transfer for cosmetic purposes; bath salts; cosmetic bath preparations; bath oil; bath foam; skin cleansers; cosmetic skin creams; skin and face creams and lotions; cleansing milk for toilet purposes; sun tan lotion; cotton sticks for cosmetic purposes

CLASS 4: Candles, tea light candles, and wicks for candles

CLASS 5: Pharmaceutical preparations, namely, dermatological pharmaceutical products, pharmaceutical preparations for skin care, multi-vitamin preparations, vitamin and mineral supplements and pain relief medication; veterinary preparations, namely, pain relief medication and vitamin and mineral supplements; sanitary preparations for medical purposes; dietetic foods, namely, crackers, pasta, tea, juices, smoothies and berries, adapted for medical use; food for babies; dietary supplements for humans and animals; medical plasters and medical dressings; babies' diapers; babies' diaper-pants; air deodorising preparations; first aid kits comprising filled first aid boxes; wadding for dressings; hygienic lubricants in the nature of personal lubricants

CLASS 6: Chains and rings of common metal; statuettes of common metal; non-electric locks of metal

CLASS 8: Hand operated tools and implements, namely, scissors, hand-operated cutting tools, mallets, shovels, rakes, nail files, nail clippers; cutlery; side arms, not including firearms, namely swords; razors; table cutlery, namely, knives, forks and spoons; sterling silver table knives, forks, and spoons; hand-operated food preparation implements, namely, hand-operated choppers, sugar tongs, non-electric can openers, cheese slicers, egg slicers, kitchen knives, scissors for kitchen use; hand-operated tools and implements for treatment of materials, and for construction, repair and maintenance, namely, spanners, hammers, hand saws; cutting, drilling, grinding, sharpening and surface treatment hand tools, namely, hand-operated cutting tools, manual drills, manually-operated grinding wheels, hand-operated

sharpening tools and instruments, files; hand operated agricultural, gardening and landscaping tools, namely, lawn rakes, digging forks, trowels, weeding forks, spades, hoes, gardening shears and scissors; compostable and biodegradable cutlery, namely, knives, spoons, forks

CLASS 9: Scientific, nautical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments, namely, surveying machines and instruments, computers, computer hardware, smartphones, personal digital assistants, wearable computer peripherals, photographic cameras, cinematographic machines and apparatus, weighing apparatus and instruments, life-saving rafts ; apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity, namely, electrical switches, electric cables, wires, conductors and connection fittings therefor; apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; pre-recorded recording discs featuring motion picture, animated films, computer games and animated characters; compact discs, dvds and other digital recording media, namely, video cassettes, downloadable audio and video recordings featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; calculators, data processing apparatus, computers; computer software, namely, educational software for children; tablet computers; spectacles, sunglasses; cases for spectacles and sunglasses; reflecting discs for wear, for the prevention of traffic accidents; bags, cases and sleeves for storing and carrying telephones, computers, mp3 players, cd-players, DVD players, headphones and cameras; games software; pre-recorded CDs and DVDs featuring motion picture, animated cartoons, cinematographic films, music, games and animated characters; computer programs enabling users to watch downloadable audio and video recordings featuring animated cartoons and cinematographic films and computer game programs; downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips, animated characters and computer games; cinematographic films and animated films featuring animated characters; electronic reading devices for reading, encoding and programming transponder keys; thermometers not for medical purposes; magnetically encoded debit cards, credit cards and payment cards; life jackets; decorative magnets; mouse mats; blank USB cards and flash drives; cinematographic films featuring animated characters and video disks, video tapes and DVDs with recorded animated cartoon; cd and DVD holders and storage wallets; straps for electronic apparatus in the nature of computers, cell phones and cameras

CLASS 10: Feeding bottles; pacifiers for babies; thermometers for medical purposes

CLASS 11: Apparatus for heating and cooking purposes, namely, electric or chemically activated heating cushions not for medical purposes, electric toasters, electric coffee makers, electric kettles, electric panini grills; ceiling lights; electric light bulbs; lamp globes; lamp shades; lamps; lighting apparatus, namely, lighting installations; electric pocket torches; lanterns for lighting, namely, lanterns of paper; protective covers for lighting fixtures; ornamental decorations specially adapted for affixation to chandeliers; lanterns for lighting

CLASS 12: Baby carriages; pushchairs; covers for baby carriages and pushchairs; human-powered trolleys and carts; pushchairs hoods; cycles, bicycles and tricycles; parts and fittings for cycles, bicycles and tricycles; safety seats for babies for use in vehicles

CLASS 14: Precious metals and their alloys; jewelry, precious stones; horological and chronometric instruments; chains; necklaces; gold thread jewelry; pendants; necklaces, earrings; rings being jewelry; bracelet being jewelry; lapel pins being jewelry; broaches being jewelry; trinkets in the nature of jewelry; alarm clocks, wall clocks, watches; cufflinks and tie clips; key rings, charms and fobs; ornaments jewelry; decorative figurines of precious metal

CLASS 15: Musical instruments

CLASS 16: Paper, cardboard; printed matter, namely, stationery; bookbinding material; printed photographs; stationery; adhesives for stationery or household purposes; artists' materials in the nature of modeling clay, molds for modeling clays, paint boxes, paint paddles, painters' easels; paint brushes; typewriters and office requisites in the nature of staplers, paper clips, pens, penholders, folders, paper punch, pencil sharpeners, except furniture; printed instructional and teaching material except apparatus in the fields of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia;

plastic materials, namely, films for use as wrapping and packaging material for general use; packing paper, wrapping paper and packaging materials in the nature of bags of paper for packaging, cardboard boxes for packaging, brown paper for wrapping; cardboard boxes; bags of paper; envelopes; labels made of paper or cardboard; scrapbooks, photographic albums; whiteboards having magnetic properties; fiction books, children's books, books in the nature of novels, short stories, notebooks, story books, children's activity books, comic strips, colouring books, children's activity books; comic magazines; printed teaching material in the field of spelling, reading, math, science, geography, foreign languages, writing, music, art and general trivia; greeting cards; calendars; parchment paper; paper wipes being disposable wipes and not impregnated with chemicals or compounds; tissues of paper; table napkins of paper; paper table linens; mats being coasters of cardboard; school supplies, namely, stationery, pens, penholders, stationery, pens, penholders; rulers; desk pads; drawing materials for blackboards and drawing instruments; writing instruments and materials, namely, writing chalk, markers, ink pens, and writing paper; pencil cases and boxes; rubber erasers; stationery pads, books; postcards; posters; occasion cards; bookends; bookmarkers; folders for papers; postage stamps; flags of paper; signboards of paper or cardboard; paper gift packaging and gift wraps; stickers; party decorations and ornaments made of paper or card board; periodicals; printed publications in the field of animated characters; newspapers; printed periodicals in the field of animation, comic strips; pastel crayons; pastes and glues for stationery and household purposes; adhesive tapes and adhesive dispensers for household or stationery use; colour pencil sets; document portfolios; stationery folders; stamp and coin albums; toilet paper and paper towels; paper doilies; wipe-on wipe-off boards in the nature of dry erase writing boards and writing surfaces

CLASS 18: Trunks and travelling bags; umbrellas and parasols; all purpose carrying bags, wallets, handbags, rucksacks and baby carriers worn on the body; belt bags and hip bags; cosmetic bags sold empty; canvas shopping bags; satchels; luggage tags; straps for luggage and handbags; leather shoulder belts; collars, leads and harnesses for pets

CLASS 20: Furniture, mirrors; hand-held mirrors; sculptures made from plastic; tables and chairs; bolsters; mobiles being decorative articles; coat pegs in the nature of wall mounted hooks being non-metallic; cushions and storage boxes made from wood; storage racks; furniture for children; beds, bedding in the nature of mattresses, pillows and cushions; mattresses, pillows and cushions; decorative wooden objects in the nature of wooden sculptures and wall letters for spelling names and words; bulletin boards; clothes hangers and non-metal clothes hooks; non-metal door, gate and window fittings; baskets for domestic use; animal housing and beds

CLASS 21: Household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks; kitchen utensils, namely, splatter screens, kitchen mitts and containers for household use; combs, bath sponges, cleaning sponges; brushes except paintbrushes; articles for cleaning purposes, namely, cleaning brushes for household use, cleaning cloths, cleaning sponges; mugs; bottles and vacuum bottles sold empty; statues of China or glass; disposable containers for household or kitchen use; pots, pans, oven dishes; serving trays, namely, cabarets; plates, basins being bowls; beverage glassware; dishes for cooking, not of metal; potholders; candlesticks; candle rings; storage jars; piggy banks; works of art made of glass; manual toothbrushes, electric toothbrushes and toothbrush holders; cosmetic and toilet utensils and bathroom articles, namely bathroom pails, cosmetic palettes, make-up removing appliances, bottles for cosmetics, soap dispensers; coupes and vases; gardening articles, except garden tools namely watering cans, gardening gloves, flower pots; works of art, of porcelain, terra-cotta or glass; sculptures made from glass or porcelain

CLASS 24: Textile table cloths; bed covers; table covers; blankets, sleeping bag liners; curtains; handkerchiefs of textile; towels; bed sheets, bed covers; curtains of textile or plastic; textile napkins; fabrics for textile use; kitchen and table linens; bath linen; linens; wall hangings; wall hangings of textile

CLASS 25: Clothing, namely, bottoms, t-shirts, shirts, jumpers, tops, pullovers, dresses, pants, shorts, coats, jackets, raincoats; headgear, namely, knitted hats, caps, hats, beanies; footwear; belts in the nature of clothing, garters; ties; scarves and bandanas; socks and tights; knitted caps, headgear in the nature of caps with visors; gloves, mittens; outer clothing, namely outer jackets, outer pants, outer overalls; coats; overalls; boots; slippers; blousons,

shirts, pants, skirts, shorts, jackets; pyjamas; clothing for children, namely baby gowns, headwear, underwear, socks, tights, pajamas, bottoms, body suits, t-shirts, shirts, pants, shorts, sweaters, tops, pullovers, dresses, jackets, overalls, mittens; underwear, pants, brassieres; bath robes, dressing gowns; aprons being clothing; masquerade costumes; swimming costumes; fancy dress outfits being children's costumes for use in children's dress up play

CLASS 26: Lace and embroidery, ribbons and braid; buttons, hooks and eyes, sewing pins and needles; artificial flowers; barrettes, namely hair-slides, hair pins, and hair ties; hat pins; Ornamental novelty badges and pins; lace trimmings for clothing; shoe ornaments, not of precious metal; brassards; buttons; belt buckles

CLASS 27: Carpets, rugs, mats and matting, linoleum for covering existing floors; non-textile wall hanging; wallpaper; sitting mats of fabric

CLASS 28: Games and playthings, namely board games and namely puppet theatres; gymnastic and sporting articles not included in other classes namely, gymnastic apparatus; Christmas tree ornaments and decorations except confectionery and electric Christmas tree lights; toys, namely, plush toys, toys designed to be attached to a stroller, baby multiple activity toys, soft bowling sets comprised of soft pins and soft bowling balls, plastic toy figurines, water toys, stuffed toys, water toys, wooden toys, namely, wooden toy figurines, wooden toy building blocks, toys made of plastic, namely, plastic toy figurines, sand toys, toy boats, and toy musical instruments; children's multiple activity toys; bags specially adapted for sports equipment; electronic games other than those adapted for use with television receivers only; hand-held units for playing electronic games; electronic games apparatus adapted for use with an external display screen or monitor; fishing equipment, namely fishing-rods and nets; balloons; jigsaw puzzles; dolls; assemble toys namely, playset buildings, and playsets for dolls; fairground and playground apparatus, namely climbing units, sand boxes, swing sets, slides, springers; mechanical and electronic games for the teaching of children; playing cards; festive decorations for Christmas tree; board games; toy action figurines; apparatus for games, namely, balls, bats; inflatable swimming pools for recreational use; electric action toys; skis, roller skates, ice skates, ski boards; flippers for swimming; swimming floats; video game apparatus, namely video game consoles, video game joysticks; bags, cases and sleeves specially adopted for storing and carrying game apparatus

CLASS 29: Meat, fish, poultry and game, not live; meat extracts; preserved, frozen, dried and cooked fruits, vegetables and berries; jellies, jams, compotes; eggs; milk and milk products excluding ice cream, ice milk and frozen yogurt; edible oils and fats

CLASS 30: Coffee, tea, cocoa and artificial coffee; rice; tapioca and sago; flour and preparations made from cereals, namely biscuits, cakes, cereal bars, cereal based snack food; bread, pastry and confectioneries, namely pastilles, chocolate, filled licorice, lollipops and frozen confectionery; edible ices; sugar, honey, treacle; yeast, baking-powder; salt; mustard; vinegar, sauces (condiments); spices; ice, ice cream; chocolate, chocolate products namely chocolate bars, cakes, candies, mousse, sauce, chocolate covered fruits, nuts and raisins, chocolate based ready to eat snacks, chocolate based beverages; bubble gum, gum sweets; biscuits; hot breakfast cereals

CLASS 32: Beers; mineral and aerated waters and other non-alcoholic beverages, namely, carbonated beverages and non-alcoholic beverages flavored with coffee or tea; fruit beverages and fruit juices; syrups for making beverages; preparations for making beverages, namely, fruit drinks; lemonades; non-alcoholic beverages, namely, flavored carbonated beverages

CLASS 34: Matches

CLASS 35: Advertising; business management; business administration; office functions; retail store services featuring clothes, textiles, furnishing fabrics, textile goods, furniture, craft requisites, stationery, school supplies, office requisites, linens, furnishing articles, bags, beauty products, household and kitchen utensils, goods made of glass, crystal, porcelain, earthenware, precious metals, plastic, rubber or metal, toys, games, cosmetic products and works of art; business administration of retail stores; online advertising services; customer

loyalty services and customer club services for commercial, promotional and advertising purposes; business administration of franchises, namely, offering business management assistance in the establishment and operation of retail shops

CLASS 41: Education services, namely, providing of training in the field of spelling, reading, math, science, geography, foreign languages, writing, music and art; entertainment services, namely, arranging, organizing, conducting, and hosting social entertainment events, entertainment services in the nature of live visual and audio performances by actors; organizing community sporting and cultural activities; providing on-line non-downloadable electronic publications in the nature of magazines and books in the field of animated cartoons, comic strips and computer games; production and development cinematographic films, animations, animated cartoons and of television programs; special event planning for social entertainment purposes; publication of books, magazines and book publishing; production of music; production of plays; provision of on-line computer games; amusement and theme park services; fan club services; provision of on-line entertainment in the nature of electronic games, computer games; online library services

CLASS 43: Services for providing food and drink; temporary accommodation; cafeterias; restaurant services; hotel services

CLASS 45: Legal services; licensing of intellectual property

The mark consists of a man wearing a hat decorated with flowers and a scarf and smoking a pipe.

OWNER OF INTERNATIONAL REGISTRATION 1270158 DATED 12-10-2014, EXPIRES 12-10-2024

SER. NO. 79-174,800, FILED 12-10-2014
ROBERT C CLARK, EXAMINING ATTORNEY